**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,　　:　No. 191 EAL 2019

　　　　　　　　Respondent　　　　　:

　　　　　　　　　　　　　　　　　　:　Petition for Allowance of Appeal from
　　　　　　　　　　　　　　　　　　:　the Order of the Superior Court
　　　　　　v.　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　:

REGINALD GREEN,　　　　　　　　　:

　　　　　　　　　　　　　　　　　　:
　　　　　　　　Petitioner　　　　　:


## ORDER


**PER CURIAM**

　　　　**AND NOW**, this 17th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.